NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3179

VIVIAN ARNOLD,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in
DC315H080788-I-1.

ON MOTION

## O R D E R

The Department of the Army moves without opposition to reform the caption to name the Merit Systems Protection Board as respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case.

Accordingly,

IT IS ORDERED THAT:

(1)    The motion is granted. The revised official caption is reflected above.

(2)    The Board's brief is due within 21 days from the date of filing of this order.

FOR THE COURT

AUG 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Vivian Arnold
    Steven J. Abelson, Esq.
    Sara B. Rearden, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 7 2009

JAN HORBALY
CLERK

2009-3179                    2